UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MICHAEL MERRILL ET AL**
      **Plaintiff**

**V.**

**DOREL JUVENILE GROUP, INC.**
      **Defendants**

CIVIL ACTION

NO. 08CV11693-RWZ

**JUDGMENT**

**ZOBEL, D. J.**

   In accordance with the ENDORSED ORDER entered 1/26/09; Judgment is entered DISMISSING the complaint without prejudice.

                              By the Court,

  **1/27/09**                                      **s/ Lisa A. Urso**
**Date**                                            **Deputy Clerk**